Chris W. Murphy Sr.
C/o L.C.D.C
1910 Pioneer Ave
Cheyenne, WY 82001

Laramie County
INMATE MAIL

CHEYE
DEC 27
PM
20 21
820

Clerk, United States District Court
111 S. Wolcott Room 121
Casper, WY 82601

CHEYEN
DEC 27
2 21
WY 820